

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2021

No. 04-20-00596-CV

**IN THE INTEREST OF L.J.K. AND C.A.K., CHILDREN**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI01008
Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

Appellant, who is acting pro se on appeal, appeals from orders entered in the underlying suit affecting the parent-child relationship. Ms. Judy Mata and Ms. Mary Beth Sasala are two of the court reporters responsible for filing the reporter's record in this appeal.

On May 24, 2021, appellant filed in this court two "Amended Motion[s] for Preparation of Court Reporters' Records" in which he (1) requested that a reporter's record be prepared and (2) designated those portions of the record to be included in the reporter's record. Appellant provided Ms. Mata and Ms. Sasala each with their copy of the motion via their work email address. Appellant also stated he has filed an affidavit of indigency. On that same day, Ms. Mata informed appellant that the only record she took was from a November 13, 2020 hearing on a motion for new trial. She filed that reporter's record with this court on May 24, 2021.

Ms. Sasala is hereby ORDERED to, **no later than June 25, 2021,** either (1) file the reporter's records requested by appellant or (2) inform this court and appellant in writing of the records not taken by her.

After receiving notice from Ms. Mata that she took only a single record, appellant filed in this court a "Request for Additional Time to File for Other Court Reporter Records" in which he requested until May 28, 2021 to discover the identity of other court reporters and request the records from those reporters. The request is GRANTED and appellant is hereby ORDERED to, **no later than May 28, 2021,** contact the appropriate court reporter(s) to (1) request that a reporter's record be prepared and (2) designate those portions of the record to be included in the reporter's record. Appellant is ORDERED to file a copy of the request and designation with this court **no later than May 28, 2021.**

FILE COPY

_Lori I. Valenzuela, Justice_

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2021.



MICHAEL A. CRUZ, Clerk of Court